UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MARY C. WILSON,

       Plaintiff,

v.                                      Case No.: 8:12-cv-1602-T-35MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

## REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Dismiss Complaint as Untimely or, in the alternative, Motion for Summary Judgment (doc. 12). Plaintiff has failed to file a response in opposition.

Defendant claims that Plaintiff's suit is barred by the time limitation set forth in 42 U.S.C. § 405(g), which provides that judicial review of a final decision of the Commissioner of Social Security must be commenced within sixty days after mailing of notice of such decision. In this case, the Appeals Council denied Plaintiff's request for review on May 8, 2012. *See* doc. 12, ex. 2. However, Plaintiff commenced this suit on July 19, 2012. *See* doc. 1. Accordingly, her Complaint is untimely.

*Conclusion*

For the reasons stated in this Order, it is hereby **RECOMMENDED** that:

1. Defendant's Motion to Dismiss (doc. 12) be GRANTED.

2.  The Clerk of Court is directed to close the file.

IT IS SO REPORTED at Tampa, Florida on November 30, 2012.

_Mark a. Pizzo_
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).

cc:    Hon. Mary S. Scriven
       Counsel of Record

2